UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION (BOSTON)

| | |
|---|---|
| BRIAN CHAVEZ, )<br>    Plaintiff )<br>  )<br>v. )<br>  )<br>SPECIAL OFFICER ZACHOWSKI )<br>and LONGWOOD SECURITY )<br>SERVICES, INC. )<br>    Defendants. ) | **C.A.: 1:12-10251** |

## NOTICE OF APPEARANCE

Please enter my appearance for the Plaintiff, Brian Chavez.

Respectfully submitted,
BRIAN CHAVEZ
By his counsel,

/s/ Kimberly A. Alley

_____
Kimberly A. Alley
BBO#669123
Tanowitz Law Office, P.C.
189 Wells Ave., Suite 200
Newton, MA 02459
617-965-1130
kim@tanowitzlaw.com

## CERTIFICATE OF SERVICE

I, Kimberly A. Alley, hereby certify that I have served a copy of the above document upon all parties through their counsel of record on this 4th day of November, 2013, by the electronic docketing system.

/s/ Kimberly A. Alley

_____
Kimberly A. Alley