✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Brian Chavez

V.

Longwood Security, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 12-10251-JGD

| PRESIDING JUDGE<br>Dein | PLAINTIFF'S ATTORNEY<br>Alley and Mashem | DEFENDANT'S ATTORNEY<br>Carrol |
|---|---|---|
| TRIAL DATE (S)<br>11/18/2013 -11/21/2013 | COURT REPORTER<br>Scott,Womack | COURTROOM DEPUTY<br>Quinn |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/18/2013 | y | y | Photo ot Harbor Point Gate |
| 2 | | 11/18/2013 | y | y | Boston Police Report dated 11/24/2008 |
| 3 | | 11/18/2013 | Y | Y | Harbor Point Crime Report |
| 4 | | 11/18/2013 | Y | Y | Harbor Point Parking Permit dated 11/24/2008 |
| 5 | | 11/18/2013 | Y | Y | Boston Police Rule 400 |
| 6 | | 11/18/2013 | Y | Y | Longwood Manuel section Parking Regulations |
| | 7 | 11/19/2013 | Y | Y | Harbor Point parking rules and regulations |
| | 8 | 11/19/2013 | Y | Y | Application for Criminal complaint |
| 9 | | 11/19/2013 | Y | Y | Application for Criminal complaint redacted |
| 10 | | 11/19/2013 | Y | Y | Photo of Harbor Point Gate |
| 11 | | 11/20/2013 | Y | y | Longwood Guidebook redacted |
| 12 | | | Y | Y | Photo of Harbor Point Red Brick Residence and Road with parked cars |
| 13 | | 11/20/2013 | Y | Y | Photo of Harbor Point street intersection with white residence building on left side |
| 14 | | 11/20/2013 | Y | Y | Photo of Harbor Point street intersection parked cars on right side |
| 15 | | 11/20/2013 | Y | Y | Photo of Harbor Point street with cross walk red car on left |
| 16 | | 11/20/2013 | Y | Y | Photo of Harbor Point street yellow speed bump |
| 17 | | 11/20/2013 | Y | Y | Photo of Harbor Point sidewalk in foreground, gate and residence buildings |
| | 18 | 11/20/2013 | y | Y | Harbor Point Tow Report on 9/4/2008 |
| | 19 | 11/20/2013 | Y | Y | UMass Boston Office of the Registrar Transcript |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages