Filed
USDC
11/21/2013
Thomas [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRIAN CHAVEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 12-10251-JGD |
| SPECIAL OFFICER ZUKOWSKI | ) | |
| and LONGWOOD SECURITY | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JURY VERDICT FORM

A.  **Claim for Violations of Civil Rights Under Section 1983**

### Under Color of State Law

1.  Did plaintiff Bryan Chavez prove by a preponderance of the evidence that defendant Special Officer Zukowski was acting under color of state law at the time of the incident on November 24, 2008?

    YES __✓__        NO_____

    *If "yes," go to question 2. If "no," go to question 11.*

### Unlawful Arrest[1]

2.  Did plaintiff Brian Chavez prove by a preponderance of the evidence that defendant Special Officer Zukowski deprived him of his rights under the Fourth Amendment to the federal Constitution by arresting him without probable cause on November 24, 2008?

---

[1] Your verdict regarding the plaintiff's claim for arrest without probable cause under Section 1983 will be applied to the plaintiff's state law claim for false imprisonment.

           YES_____                          NO__✓__

*If "yes," go to question 3. If "no," go to question 4.*

3. Did plaintiff Brian Chavez prove by a preponderance of the evidence that Special Officer Zukowski's conduct in arresting him without probable cause was a proximate cause of his injuries?

           YES_____                          NO_____

*Go to question 4.*

### Excessive Force[2]

4. Did plaintiff Brian Chavez prove by a preponderance of the evidence that defendant Special Officer Zukowski deprived him of his rights under the Fourth Amendment to the federal Constitution by using excessive force against him on November 24, 2008?

           YES_____                          NO__✓__

*If "yes," go to question 5. If "no," go to question 6.*

5. Did plaintiff Brian Chavez prove by a preponderance of the evidence that Special Officer Zukowski's use of excessive force was a proximate cause of his injuries?

           YES_____                          NO_____

*Go to question 6.*

B. **Claim for Intentional Infliction of Emotional Distress**

6. Did plaintiff Brian Chavez prove by a preponderance of the evidence that Special Officer Zukowski violated his rights under Massachusetts law by intentionally or recklessly causing the infliction of emotional distress?

---

[2] Your verdict regarding the plaintiff's claim for excessive force under Section 1983 will be applied to the plaintiff's state law claims for assault and battery.

      YES_____        NO\_✓\_\_\_\_\_

  Go to question 7.

C. **Damages**

### Compensatory Damages

  *Only answer question 7 if you answered "yes" to questions 3, 5 and/or 6. If you answered "no" to questions 3, 5, and 6, but you answered "yes" to questions 2 and/or 4, Mr. Chavez will receive nominal damages, and you should go to question 9. If you answered "no" to questions 2, 3, 4, 5 and 6, you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

 7. State the amount of compensatory damages, if any, that you award to Brian Chavez to fully and fairly compensate him for his injuries proximately caused by Special Officer Zukowski's conduct.

  $_____
  Amount in numbers

  _____
  Amount in words

  Go to question 8.

### Prejudgment Interest

  *Only answer question 8 if you answered "yes" to questions 3 and/or 5. If you answered "no" to questions 3 and 5, but you answered "yes" to questions 2 and/or 4, go to question 9. If you answered "no" to questions 2, 3, 4 and 5, you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

 8. Should Brian Chavez be awarded prejudgment interest on his compensatory damages?

      YES_____        NO_____

*Go to question 9.*

### Punitive Damages

9. Do you find that Special Officer Zukowski's conduct toward Brian Chavez was malicious, wanton or oppressive?

    YES_____    NO_____

*If "yes" go to question 10. If "no" you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

10. State the amount of punitive damages, if any, that you award to Brian Chavez against Special Officer Zukowski.

    $_____
    Amount in numbers

    _____
    Amount in words

*You have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

D. **State Law Claims**[3]

*Only answer the following questions if you answered "no" to question 1.*

### Assault and Battery

11. Did plaintiff Brian Chavez prove by a preponderance of the evidence that

---

[3] Your verdict on each of Mr. Chavez's state law claims against Special Officer Zukowski will determine the outcome of Mr. Chavez's state law claims against defendant Longwood Security Services, Inc.

defendant Special Officer Zukowski committed assault and battery by using unreasonable force against him on November 24, 2008?

YES_____          NO_____

*Go to question #12.*

### Intentional Infliction of Emotional Distress

12. Did plaintiff Brian Chavez prove by a preponderance of the evidence that Special Officer Zukowski violated his rights under Massachusetts law by intentionally or recklessly causing the infliction of emotional distress?

YES_____          NO_____

*Go to question #13.*

### False Imprisonment

13. Did plaintiff Brian Chavez prove by a preponderance of the evidence that Special Officer Zukowski falsely imprisoned him in violation of his rights under Massachusetts law?

YES_____          NO_____

*If you answered "yes" to questions 11, 12 and/or 13, go to question 14. Otherwise, you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

### Compensatory Damages

14. Did plaintiff Brian Chavez prove by a preponderance of the evidence that Special Officer Zukowski's conduct was a proximate cause of his injuries?

YES_____          NO_____

*If you answered "yes" go to question 15. Otherwise, you have reached a verdict. Please sign and date this Jury Verdict Form and advise the court officer that you have reached a verdict.*

15. State the amount of compensatory damages, if any, that you award to Brian Chavez to fully and fairly compensate him for his injuries.

$_____
Amount in numbers


_____
Amount in words


When you have completed this Jury Verdict Form in accordance with the directions set forth above, sign and date the form and notify the court security officer that you have reached a verdict.

I HEREBY CERTIFY THAT EACH OF THE QUESTIONS ANSWERED ABOVE WAS ANSWERED BY ALL OF THE JURORS.

Date: __11/21/13__      _____Kal Ru_____
                          Foreperson of the Jury