## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Brian Chavez
    Plaintiff,

v.                                                                                        C.A. No. 12-10251- JGD

Special Officer Zukowski and
Longwood Security Services, Inc,

    Defendant.

## JUDGMENT IN A CIVIL CASE

Based upon the jury's answers to special questions, judgment is hereby entered for the defendants.

                                                                                   Robert M. Farrell
                                                                                   CLERK

                                                                                   (By) Deputy Clerk
                                                                                   Thomas F. Quinn Jr.

APPROVED: _____
                    U.S. MAGISTRATE JUDGE

Date: November 25, 2013